

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| STEVEN SCOTT APILADO, | § | No. 08-16-00358-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D00464) |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **September 3, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLAT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Rick Hagen, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before September 3, 2017.

IT IS SO ORDERED this 20th day of July, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.